Jonathan Lee Riches,
Plaintiff

V.

Duke Energy corp; FCI Williamsburg,
Defendants

CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED
FEB 20 2008
JOHN F. CORCORAN, CLERK
BY: DEPUTY CLERK

7:08-cv-00167

<u>28 USC 2241 / HABEAS Corpus</u>

Plaintiff is subjected to smelling natural gas supplied by Duke Energy to FCI Williamsburg. This causes Plaintiff headaches and nausea. Duke Energy is a Carolina Electric company and provides FCI Williamsburg with Electricity. The lights in my cell are too bright causing Eye and nerve damage, also the Electronic fences are dangerous. The conditions on which my sentence has been Executed is unconstitutional. I'm subjected to daily torture mentally at FCI Williamsburg. I seek immediate release from prison, my constitutional rights are violated.

Name: Jonathan Lee Riches
Register Number: 40948-018
F.C.I. Williamsburg
Inmate Mail
P.O. Box 340
Salters, SC 29590

Legal Mail

FLORENCE SC 295
15 FEB 2008 PM 1 L

United States District Court,
Western District of Virginia
Clerk of Court
Poff Federal Bldg.
210 Franklin Rd
Roanoke, Virginia 24011

24011+2203

"LET US DARE TO THINK, SPEAK AND"
John Adams, 1765