CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

FEB 2 1 2008

JOHN F. CORCORAN, CLERK
BY:
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ROANOKE DIVISION

| | | |
|---|---|---|
| **JONATHAN LEE RICHES,** | ) | **Civil Action No. 7:08-cv-00148; 7:08-cv-00149;** |
| | ) | **7:08-cv-00150; 7:08-cv-00151; 7:08-cv-00152;** |
| | ) | **7:08-cv-00153; 7:08-cv-00154; 7:08-cv-00155;** |
| | ) | **7:08-cv-00156; 7:08-cv-00157; 7:08-cv-00158;** |
| | ) | **7:08-cv-00159; 7:08-cv-00160; 7:08-cv-00161;** |
| **v.** | ) | **7:08-cv-00162; 7:08-cv-00163; 7:08-cv-00166;** |
| | ) | **7:08-cv-00167; 7:08-cv-00168; 7:08-cv-00169;** |
| | ) | **7:08-cv-00170; 7:08-cv-00171** |
| | ) | |
| | ) | **FINAL ORDER** |
| | ) | |
| **VARIOUS RESPONDENTS.** | ) | **By: Samuel G. Wilson** |
| | ) | **United States District Judge** |

In accordance with the Memorandum Opinion entered this day, it is hereby **ADJUDGED**

**AND ORDERED** that

1.  Riches' complaints in the above-referenced civil actions are hereby **DISMISSED** without

    prejudice pursuant to 28 U.S.C. § 1915(g);

2.  Riches' requests to proceed in forma pauperis are **DENIED as MOOT**; and

3.  The above-referenced cases will be **STRICKEN** from the active docket of the court.

The Clerk of the Court is directed to a send certified copy of this Order and the

accompanying Memorandum Opinion to plaintiff.

ENTER: This 2/1 day of February, 2008.

_____
United States District Judge